Hon. Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>DAVID GENT and MARIA GENT,<br><br>    Debtors. | NO. 16-13864<br><br>ADV. NO. 19-01004 |
| JOHN S. PETERSON, in his capacity as Trustee in Bankruptcy for David Gent and Maria Gent,<br><br>    Plaintiff,<br><br>v.<br><br>LEGALLY MINE, LLC, a limited liability company,<br><br>    Defendant. | SATISFACTION OF JUDGMENT |

**The Clerk is instructed to enter a Full Satisfaction of Judgment.**

Judgment Creditor: JOHN S. PETERSON, in his capacity as Chapter 7 Trustee

Judgment Creditor's Attorney, Alan J. Wenokur, acknowledges receipt of full payment of the Judgment entered against Defendant Legally Mine, LLC, Judgment Debtor, under the above-captioned

SATISFACTION OF JUDGMENT - Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

proceeding. The Judgment Creditor therefore authorizes the Clerk of the above-entitled Court to enter a full satisfaction of said judgment.

DATED May 24, 2019.

Alan J. Wenokur, WSBA # 13679
Wenokur Riordan, PLLC
Attorney for Plaintiff

STATE OF WASHINGTON )
                              ) ss.
COUNTY OF K I N G    )

I certify that I know or have satisfactory evidence that Alan J. Wenokur is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as an attorney for Plaintiff, to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.



NOTARY PUBLIC in and for the
State of Washington, residing
at Snohomish County.
My commission expires 7/22/20.

SATISFACTION OF JUDGMENT - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)